JAMES HENRY v. THE STATE.

APPEAL from Hill.    Tried below before the Hon. John Gregg.

This was an indictment for an assault, with intent to murder ; verdict guilty.

The defendant moved in arrest of judgment; his motion was overruled, and he gave notice of an appeal.    The court ordered that he should be re-committed to jail, to await the action of the Supreme Court on the said appeal, but gave no judgment on the verdict.

*C. M. Winkler*, for the appellant.

*Attorney-General*, for the appellee.

ROBERTS, J.—Because there is no final judgment of the court, in this case, it is dismissed.

Dismissed.